

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 4 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 13th day of June, 2025, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| KELVIN JENKINS, Appellant | On Appeal from the County Court at Law No. 4, Dallas County, Texas |
| No. 05-24-01130-CV        V. | Trial Court Cause No. CC-24-04811-D. |
| VIOLET LEWIS, Appellee | Opinion delivered by Justice Clinton. Justices Smith and Barbare participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON J.J. KOCH, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 25th day of August 2025.



/s/Ruben Morin
Ruben Morin, Clerk